# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| KAMAL B. MAHDAVI, | CASE NO. 10CV2495 JLS (PCL) |
|---|---|
| Plaintiff, | **ORDER 1) GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* & 2) SUA SPONTE DISMISSING COMPLAINT FOR FAILING TO STATE A CLAIM PURSUANT TO 28 U.S.C. § 1915** |
| vs. | |
| THE SOCIAL SECURITY COMMISSIONER, | |
| | (Doc. No. 2.) |
| Defendant. | |

Presently before the Court is Plaintiff Kamal B. Mahdavi's motion to proceed *in forma pauperis*. (Doc. No. 2.) For the reasons stated below, the motion is **GRANTED**. The Court also **DISMISSES** Plaintiff's complaint after screening it pursuant to 28 U.S.C. § 1915(e)(2).

**1. Motion to Proceed *In Forma Pauperis***

A Federal Court may authorize the commencement of an action without the prepayment of fees if the party submits an affidavit, including a statement of assets, showing that he is unable to pay the required filing fee. 28 U.S.C. § 1915(a). Plaintiff attests that he receives $929 per month in social security and has a checking account containing $20.49. (Memo. ISO Motion, at 2.) He owns no other property. Based on this information, the Court **GRANTS** Plaintiff's motion to proceed *in forma pauperis*.

///

1 **2.    Sua Sponte Screening Per 28 U.S.C. § 1915(e)(2)**

2    The Court is required to review a case filed IFP.  28 U.S.C. § 1915(e).  The Court shall

3 dismiss the action if it is frivolous or malicious, fails to state a claim on which relief may be

4 granted, or seeks monetary relief against a defendant who is immune from such relief.  28 U.S.C.

5 § 1915(e)(2)(B); *see Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir. 1998).  If the Court

6 dismisses the action, leave to amend may be granted to the extent the pleading can be cured.

7 *Lopez v. Smith*, 203 F.3d 1122, 1127 (9th Cir. 2000).

8    Where other Orders can have headings indicating the cause of action being discussed, this

9 Order cannot—and it's not for a lack of trying.  Plaintiff's complaint is a whirlwind of conspiracy

10 theories and fails to meet the pleading standards set forth in Federal Rule of Civil Procedure 8.

11 After wading through the complaint, it seems to the Court that Plaintiff seeks "entitlements and

12 compensat[ion]" based on denials of SSA retirement benefits and reductions of SSI benefits.

13 (Compl. at 2, 3, 6.)  But this is a guess at best.  And even if the Court ran with its understanding of

14 Plaintiff's request, Plaintiff fails to provide a factual basis for the claim.

15    The Court dismisses Plaintiff's Complaint for failing to state a claim upon which relief can

16 be granted.  *See* 28 U.S.C. § 1915(e)(2).  However, Plaintiff will be permitted the opportunity to

17 file an Amended Complaint.

18 **3.    CONCLUSION AND ORDER**

19    The Court **GRANTS** Plaintiff's motion to proceed *in forma pauperis*.  Plaintiff's

20 Complaint is **DISMISSED** without prejudice for failing to state a claim upon which relief may be

21 granted.  Plaintiff is granted fourteen days leave from the date this Order is electronically docketed

22 in which to file a first amended complaint.

23    **IT IS SO ORDERED.**

24 DATED: December 17, 2010

25 _____
   Honorable Janis L. Sammartino
26 United States District Judge

27

28